
# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __15-780M__

2) Defendant's Name: __Hurant__   __Jeffrey__
   (Last)   (First)   (M.I.)

3) Age: _____

4) Title: _____   Section(s): _____

5) Citizen of: _____   Needs: _____ Interpreter

6) Arrest Warrant Issued: _____   Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____   Language: _____

9) Arraignment on complaint held: __X__ Yes ___ No   Date/Time: __8/25/15__

10) Detention Hearing Held: ___   Bail set at: __$350,000__   ROR Entered: ___ POD Entered: ___

11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: __✓__

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Tyler Smith__

14) DEFENSE COUNSEL'S NAME: __Charles Hochbaum__
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: ___
    Telephone Number: (___) _____

15) LOG #: __(3:15 - 4:07)__   MAG. JUDGE: __Go__

16) __✓__ Defendant was advised of bond conditions by the Court and signed the bond.
    __✓__ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE