UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
                                        :
UNITED STATES OF AMERICA                :         Case No. 15-M-780
                                        :
       - against -                      :         NOTICE OF APPEARANCE
                                        :
JEFFREY HURANT,                         :
                                        :
              Defendant.                :
                                        :
---------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for

defendant Jeffrey Hurant, and requests all notices give or received to be given, and all papers

served or required to be served in this case, be given to or served upon:

        Michael Tremonte
        Sher Tremonte LLP
        80 Broad Street, Suite 1301
        New York, NY 10004
        T: 212-202-2603
        F: 212-202-4156
        mtremonte@shertremonte.com

Dated: New York, NY
      September 16, 2015

        SHER TREMONTE LLP

        By: _____
        Michael Tremonte (MT-5996)
        Sher Tremonte LLP
        80 Broad Street, Suite 1301
        New York, NY 10004
        T: 212-202-2603
        F: 212-202-4156
        mtremonte@shertremonte.com