<u>CALENDAR : MAGISTRATE'S PROCEEDING</u>

BEFORE MAG. JUDGE    Robert M. Levy                    DATE :    12/15/15

DOCKET NUMBER :   15-780M                    LOG #  11:13 — 11:17

                                                         Noam Biale for
DEFT NAME :    **Jeffrey Hurant**               ATTY:   **Michael Tremonte**
     ✓Present__ Not Present__Custody ✓Bail          __ Federal Defender   _ CJA      ✓Ret

                                                         Deborah Colson
DEFT NAME :    **Michael Belman**               ATTY:   ~~Anthony Ricco~~
     ✓Present__ Not Present__Custody ✓Bail          __ Federal Defender   _ CJA      __ Ret

                                                         Joshua Paulson for
DEFT NAME :    **Shane Lukas**                  ATTY:   **Aaron Mysliwiec**
     ✓Present__ Not Present__Custody ✓Bail          __ Federal Defender   _ CJA      ✓Ret

A.U.S.A. :    **Tyler Smith**                    DEPUTY CLERK :    **Felix Chin**

INTERPRETER : _____      (Language) _____

_____ Hearing held. _____ Hearing adjourned to_____

_____ Defendant was released on_____ PRB with/without some conditions.

_____ At this time, defense counsel states on the record that the defendant does not have a bail
       application / package. Order of detention entered with leave to reapply to a Magistrate
       or to the District Court Judge to whom the case will be assigned.

__✓__ Order of Excludable Delay entered.    Code Type_____    Start 12/18/15 Stop 1/29/16

_____ Order of Speedy Trial entered.   Code Type_____    Start_____ Stop _____

_____ Defendants' first appearance.    _____ Defendants arraigned on the indictment.

_____ Defendants informed of rights.

_____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____

_____

_____

## CALENDAR : MAGISTRATE'S PROCEEDING

BEFORE MAG. JUDGE   **Robert M. Levy**                          DATE :   **12/15/15**

DOCKET NUMBER :   **15-780M**                          LOG #  11:13 − 11:17

DEFT NAME :   **Diana Mattos**                          ATTY:   **Michael Weil**
   √ Present __ Not Present __ Custody √ Bail          √ Federal Defender  _ CJA   __ Ret
                                                                            Christina Corcoran for
DEFT NAME :   **Marco Decker**                          ATTY:   **Isabelle Kirshner**
   √ Present __ Not Present __ Custody √ Bail          __ Federal Defender  _ CJA   __ Ret

DEFT NAME :                                            ATTY:
   __ Present __ Not Present __ Custody __ Bail         __ Federal Defender  _ CJA   __ Ret

A.U.S.A. :   **Tyler Smith**                          DEPUTY CLERK :   **Felix Chin**

INTERPRETER :                                            (Language)

_____ Hearing held. _____ Hearing adjourned to_____

_____ Defendant was released on_____ PRB with/without some conditions.

_____ At this time, defense counsel states on the record that the defendant does not have a bail
application / package. Order of detention entered with leave to reapply to a Magistrate
or to the District Court Judge to whom the case will be assigned.

√ Order of Excludable Delay entered.   Code Type_____   Start 12/18/15 Stop 1/29/16

_____ Order of Speedy Trial entered.   Code Type_____   Start_____ Stop _____

_____ Defendants' first appearance.   _____ Defendants arraigned on the indictment.

_____ Defendants informed of rights.

_____ All defendants entered NOT GUILTY PLEA to ALL counts of the indictment.

_____ Defendant failed to appear, bench warrant issued.

_____ Status conference set for _____ @ _____ before Judge _____

OTHERS : _____

_____

_____

_____