UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 0 7 2016 ★

BROOKLYN OFFICE

UNITED STATES OF AMERICA

-against-

JEFFREY HURANT

Docket No. <u>16 CR 45-2 (MKB)</u>

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
U.S. Attorney
by AUSA Tyler Smith

_____
Defendant's Attorney

Dated: Brooklyn, New York
  10/7/16

Before:   s/Robert Levy
_____
UNITED STATES MAGISTRATE JUDGE