## CRIMINAL CAUSE FOR PLEADING

BEFORE: MAGISTRATE JUDGE LEVY          DATE: Oct. 7, 2016

__16 CR 45-2__                          United States v. Jeffrey Hurant

DEFENDANT : Jeffrey Hurant
  _X_ present ___ not present       ___ cust.      _X_ bail

DEFENSE COUNSEL: Noam Biale
  _X_ present ___ not present       ___ CJA  _X_ RET  ___ FD

AUSA: Tyler Joseph Smith          CLERK: Jared Goldman

INTERPRETER: n/a

RECORDING START AND END TIME: 11:00-11:42 (Note* Bench Conf. at 11:06 Ordered Sealed)

_X_ CASE CALLED          ___ DEFT'S FIRST APPEARANCE
DEFT: _X_ SWORN  ___ ARRAIGNED  _X_ INFORMED OF RIGHTS

- ___ WAIVER OF INDICTMENT FILED
- ___ INFORMATION FILED
- ___ DEFTs ENTER GUILTY PLEA TO COUNT(S)_____ OF THE (SUPERSEDING)INDICTMENT/INFORMATION
- _X_ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT(s) __1__ OF THE INDICTMENT
- _X_ COURT FINDS FACTUAL BASIS FOR THE PLEA
- _X_ SENTENCING SET FOR Feb. 2, 2017 AT 10:00 a.m. BEFORE J. Brodie
- ___ SENTENCING TO BE SET BY PROBATION
- ___ BAIL: ___ SET  ___ CONT'D FOR DEFT.  ___ CONT'D IN CUSTODY
- ___ CASE ADJOURNED TO _____ AT _____
- ___ (SEALED) TRANSCRIPT ORDERED

**OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.**