# SHER TREMONTE LLP

January 5, 2017

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:  *United States v. Easy Rent Systems, Inc., et al.*, 16-cr-45 (MKB)

Dear Judge Brodie:

    We write on behalf of our clients, Jeffrey Hurant and Easy Rent Systems, Inc., and with the consent of the government, to respectfully request a 60-day adjournment of the sentencing in the above-captioned matter, which is currently scheduled for February 2, 2017.

    Mr. Hurant and Easy Rent Systems pled guilty before the Honorable Robert M. Levy on October 7, 2016, and the Court accepted his guilty plea on November 3, 2016. We seek an adjournment because, as of today, the presentence interview has yet to be conducted. Additionally, the undersigned counsel will be representing a different client in a two-week criminal trial, before Judge Koeltl in the Southern District of New York, which is scheduled to commence on February 6, 2017, and trial preparation will consume much of the time that counsel would otherwise devote to preparing the sentencing submission in this case. Accordingly, we respectfully request an adjournment of 60 days. We have conferred with Assistant U.S. Attorney Tyler J. Smith, who consents to the proposed adjournment.

    Respectfully submitted,

    /s/
    Michael Tremonte
    Noam Biale
    SHER TREMONTE LLP

cc:   AUSA Tyler J. Smith (by ECF)