

U.S. Department of Justice

United States Attorney
Eastern District of New York

SSS:TJS
F. #2015R01982

271 Cadman Plaza East
Brooklyn, New York 11201

May 3, 2017

By ECF and Courtesy Copy by Interoffice Mail

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Easy Rent Systems, Inc. and Jeffrey Hurant
Criminal Docket No. 16-045 (MKB)

Dear Judge Brodie:

The government submits this letter to request an adjournment of the sentencings in the above-referenced case currently set for May 5, 2017. The government seeks additional time to respond to the defendants' sentencing memorandum.

On Saturday, April 29, 2017, the defendants submitted a 43-page sentencing memorandum that attached more than 150 pages of exhibits. The sentencing memorandum raises both factual and legal issues. While the government has been preparing its response, it has determined that it needs additional time to fairly respond to the defendants' sentencing memorandum. Accordingly, the government requests that the sentencings be adjourned for approximately two weeks. The government requested the defendants' position on this adjournment request earlier today but has not yet received a response.

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ Tyler Smith
Tyler Smith
Assistant U.S. Attorney
(718) 254-6186

CC: Michael Tremonte, Esq. (by email)
Clerk of the Court (MKB) (by ECF)