# THOMAS D. SHANAHAN, P.C.
- Attorneys at Law -

January 8, 2017

Hon. Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: Jeffrey Hurant

Honorable Judge Brodie:

  I am writing on behalf of Jeffrey Hurant to request that you consider his substantial contributions to the Lesbian, Gay, Bisexual and Transgendered communities over many years when contemplating his sentence for operation of *Rentboy.com*. I am attorney with twenty years of litigation experience and admitted to practice in the Eastern District. I have worked in private practice and in government as a Press Aide to former New York City Mayor David Dinkins, Assistant Advocate to former New York City Public Advocate Mark Green and as a Deputy Commissioner for Human Rights in the administrations of Governor's Spitzer and Paterson. In addition to my private law practice, I serve in volunteer capacity as general counsel to the Jim Owles Democratic Club, the largest citywide LGBT political organization in New York City.

  I have known Jeffrey for a number of years given his volunteer efforts on behalf of the Jim Owles Democratic Club. Jeffrey donates substantial time and when needed, his considerable technological talents to our organization, and others in the LGBT community. He is a kind and gentle person and I have never heard of anyone claiming that Jeffrey has in any way harmed them. Actually, quite the opposite is true. I only hear of his kindness, generosity and willingness to assist others in need.

  <u>Jeffrey presents no danger to himself or the public. Incarcerating him would in my respectful opinion be a total waste of taxpayer dollars</u>. Further, the dubious decision to prosecute Jeffrey, which has been criticized by elected officials and other leaders in the LGBT community, is in my opinion punishment enough. It is my hope you will forego incarceration in lieu of community service or other remedial measures that would serve a positive purpose for Jeffrey and our community.

Most Respectfully,

Thomas D. Shanahan



551 Fifth Avenue
Suite 616
New York, New York 10176

Phone (212) 867-1100
Fax (212) 972-1787
tom@shanahanlaw.com