**SHER TREMONTE** LLP

July 24, 2017

**BY ECF**

The Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *United States v. Easy Rent Systems, Inc., et al.*, **16-cr-45 (MKB)**

Dear Judge Brodie:

On behalf of our clients, Jeffrey Hurant and Easy Rent Systems, Inc., we write, at the Court's direction, in response to the July 21, 2017 letter of Newsday reporter John Riley, Dkt. #127, requesting that our supplemental sentencing letter, Dkt. #126, be unsealed. It appears that when we filed the supplemental sentencing letter, the ECF system erroneously designated the letter to be filed under seal. We have no opposition to Mr. Riley's request that the letter be made public; we join it.

Respectfully submitted,

/s/
Michael Tremonte
Noam Biale
SHER TREMONTE LLP

cc:    AUSA Tyler Smith (by ECF)
       John Riley (by email)