**RANKING MINORITY MEMBER**
JUDICIARY
INVESTIGATIONS &
GOVERNMENT OPERATIONS

**COMMITTEES**
CODES
CULTURAL AFFAIRS, TOURISM, PARKS
& RECREATION
ENVIRONMENTAL CONSERVATION
HEALTH

**SENATOR**
**BRAD HOYLMAN**
27TH SENATORIAL DISTRICT
STATE OF NEW YORK

**DISTRICT OFFICE:**
322 EIGHTH AVENUE, SUITE 1700
NEW YORK, NEW YORK 10001
PHONE: (212) 633-8052
FAX: (212) 633-8096

**ALBANY OFFICE:**
ROOM 413
LEGISLATIVE OFFICE BUILDING
ALBANY, NEW YORK 12247
PHONE: (518) 455-2451
FAX: (518) 426-6846

**e-mail:**
hoylman@nysenate.gov

**website:**
hoylman.nysenate.gov

July 31, 2017

The Honorable Margo K. Brodie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: United States v. Easy Rent Systems, Inc., et al., 16-cr-45 (MKB)

Dear Judge Brodie:

I am writing about the above referenced matter involving Jeffrey Hurant.

This case has been extremely troubling for the lesbian, gay, bisexual and transgender (LGBT) community because it harkens back to a dark chapter in our nation's history when the government used its vast resources to target and threaten LGBT adults by exposing their private consensual sexual activity.

I understand the prosecution is urging incarceration for Mr. Hurant to send a message to operators of websites similar to Rentboy.com. I am concerned, on the other hand, of the negative message such a punishment for Mr. Hurant would send to the wider LGBT community, including young people, who might mistakenly perceive a harsh sentence as evidence of anti-LGBT bias by our government.

I trust you will take into consideration the fact this is a first-time offence of this nature for Mr. Hurant. I hope you will also consider his numerous good works in the community, including his support of LGBT youth at the Hetrick-Martin Institute and HIV research at the CUNY School of Public Health, and his activity in the Jim Owles Democratic Club, a citywide LGBT political organization.

Thank you for your consideration. Please contact me if you have any questions.

Sincerely yours,

Brad Hoylman
State Senator – 27th District